FILED

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
## for the
middle

18 JAN 25 PM 1:09

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

_____Tampa_ Division

Sabrina Ann Peterson
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

United States
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 8:18-CV-217-T-17TGW
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Sabrina A. Peterson
   Street Address: 14456 Edgemere Dr. (Hernando)
   City and County: Spring Hill FL. 34609
   State and Zip Code:
   Telephone Number: 813-420-2310
   E-mail Address: SabrinaPeterson101@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

IFP.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name    United States
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 2
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 3
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 4
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* __Sabrina Peterson__; is a citizen of the State of *(name)* __United States__.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date) 11-8-2014, at (place) James Haley Hospital, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent)

There were three NURSE'S on the night in question that DIDN'T Respond to the cries of my husband and I due to the extreme pain he was in. NURSE #1: My husband and I begged and pleaded for help. He was having chest pain and shortness of breath He stated to her He felt as if his eyes were popping out of his Head. She and I exchanged words I began to tell her to PLEASE Do something. She became visibly upset with me and walked out I thought She... (Attach Page)

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain)

Three lack of help lead to the Death of my husband. Had they order the proper test or if the on call Doctor would've came down or if they would've had allow me to transfer him to another hospital I truly Believe He would've Been Saved. Nothing was Done. The Doctor that morning saw his leg he should've known it, was blood clots in his right leg. The Doctor told my husband and I He'll look into why his leg was swollen. 3hrs later he died. The whole time it was sitting in his lungs.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The pain and suffering for my children has been enormous. For myself I don't even know how to put it into words. I take medications for Depression, Anxiety, PTSD and more. My Tax statmet will show that we had a very successful company that was making over A half of Million and the year He Died it was A quarter of a million. I've lost my car because I could no longer work due to the Depression, it was A debt of 17K I had to break lease with Enterprise which was 15K Medical bill for Stacy was over 35K from A previous hospital.

III

Was going to get the Doctor but she didn't. Only another Nurse came in. Nurse #2. I began to tell her the same things as I shared with Nurse #1. I began to tell her that I believed he was going to have a heart attack and that something was dangerously wrong. I proceeded to ask her to order an X Ray on his chest, I asked for the primary Doctor to be called also the Doctor on call to come. I also ask for him to be transfered to the hospital across the street. She look at me and said his Doctor will not agree to that and told me she would will let them know what was going on... before she left I will never forget yet she this, she looked at me with a smerk on her face and said "Mrs Peterson your husband is not going to have an heart attack" and walked away. A few moment later Nurse #3 walked in. She was his Nurse for the Reamaing Night. We proceed to tell her the Samthenigs with no prevail. She also told me his Doctor was called and they would be to us Shortley. It was around 8ish. I stayed up until 3 o'clock am waiting. No one came (Doctor) until around 7am. He was the on call Doctor that night. He talked with my husband and I. I showed him my husband leg He said He would look into It. He ask my husband

Could HE Walk? My husband replied NO because his Right Leg (on the side he had surgery on) was so swollen he could bearly move it. The Doctor Should have know on sight that it was Blood Clots. He Assured us he'll look into the proublem with the Leg but hrs Leater he died. from a blood clot that travel from his Leg to his Lung AND burst. Also that Same Day the Primary Doctor came Down AND I told him what happen AnD he said to me he never got that call.

My husband had AN Reaction to the Helprin which is A blood thiner. In this case it created the blood clots which in his case Thrombocytopendia. So the Helprin should have been Stop days before.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/25/18

Signature of Plaintiff: _[signed]_

Printed Name of Plaintiff: Sabrina Peterson

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____